IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § | |
| Plaintiff, § § | |
| v. § | Case No.: 5:22-cv-00673-F |
| § § | |
| GRENECO, LLC, § | |
| GENE D. LARSON, § | |
| GREGORY K. WOMACK, AND § | |
| WOMACK INVESTMENT ADVISERS, INC. § § | |
| Defendants. § § | |

**UNOPPOSED MOTION TO ENTER FINAL JUDGMENT
AGAINST ALL DEFENDANTS**

Plaintiff Securities and Exchange Commission ("SEC") files this Unopposed Motion to Enter Final Judgment against Defendants GreneCo, LLC ("GreneCo"), Gene D. Larson ("Larson"), Gregory K. Womack ("Womack"), and Womack Investment Advisers, Inc. ("WIA"), and respectfully shows the Court as follows:

1. The SEC filed this civil action on August 8, 2022, alleging various violations of the federal securities laws. *See* Dkt. No. 1.

2. The SEC has reached, subject to approval by the Court, settlements with each of the Defendants. Each Defendant has executed a written consent ("Consents"), attached hereto as Exhibits A ("GreneCo Consent"), Exhibit B ("Larson Consent"), Exhibit C ("Womack Consent"), and Exhibit D ("WIA Consent"). The Consents set forth the terms of the settlement agreement with each Defendant.

3.  Under the terms of the Consents, each Defendant, *inter alia*: (a) waives service of a summons; (b) enters a general appearance; (c) admits the Court's jurisdiction over the Defendant and over the subject matter of this action; (d) waives the entry of findings of fact and conclusions of law; (e) consents to the entry of the Final Judgment, which is attached hereto as Exhibit E; and (f) waives any right to appeal from the Final Judgment. Further, counsel for each Defendant has reviewed the Consents and Final Judgment and has signed the Consent to reflect his approval as to form. *See* Exhibit A, p. 5; Exhibit B, p. 5; Exhibit C, p. 6, and Exhibit D, p. 5.

4.  The proposed Final Judgment provides that:

    (a)  Defendants GreneCo, Larson, and Womack are permanently restrained and enjoined from violating Sections 5(a) and (c) of the Securities Act of 1933 ("Securities Act") [15 U.S.C. §§ 77e(a) and (c)];

    (b)  Defendants Womack and WIA are permanently restrained and enjoined from violating Section 206(2) of the Investment Advisers Act of 1940 ("Advisers Act") [15 U.S.C. §80b-6(2)];

    (c)  Defendant GreneCo is liable for a civil penalty in the amount of $414,364 pursuant to Section 20(d) of the Securities Act; (2) Defendant Larson is liable for a civil penalty in the amount of $41,440 pursuant to Section 20(d) of the Securities Act; (3) Defendant Womack is liable for disgorgement of $236,739, representing net profits gained as a result of the conduct alleged in

the Complaint, together with prejudgment interest thereon in the amount of $48,170, and a civil penalty in the amount $145,031 pursuant to Section 20(d) of the Securities Act and Section 209(e) of the Advisers Act; and (4) Defendant WIA is liable for disgorgement of $160,000, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $32,609, and a civil penalty in the amount of $517,955 pursuant to Section 209(e) of the Advisers Act.

5. If entered, the Final Judgment will dispose of all issues in the SEC's case against the Defendants. However, as set forth in the Final Judgment, this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms in the Final Judgment.

6. The SEC respectfully submits that the proposed Final Judgment provides a proper resolution to its claims against the Defendants. Thus, the SEC respectfully requests that the Court enter the Final Judgment consented to by each Defendant.

DATED: August 10, 2022
Respectfully submitted,
*s/ David B. Reece*
DAVID B. REECE
Texas Bar No. 24002810
Securities and Exchange Commission
Fort Worth Regional Office
801 Cherry Street, 19th Floor
Fort Worth, Texas 76102-6882
Phone: (817) 978-6476
Fax: (817) 978-2700
reeced@sec.gov

ATTORNEY FOR PLAINTIFF
SECURITIES AND EXCHANGE
COMMISSION

## CERTIFICATE OF CONFERENCE

Pursuant to the attached Consents, each Defendant has agreed that the SEC may, without further notice, present the Final Judgment to the Court for entry. Further, I conferred with counsel for each Defendant, who confirmed he is unopposed to the filing of this motion and to the relief requested.

*s/ David B. Reece*
DAVID B. REECE

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I electronically filed the foregoing *Unopposed Motion to Enter Final Judgment Against All Defendants* via the Court's CM/ECF filing system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I served a true and correct copy of the foregoing document via regular U.S. mail and electronic mail on all non-CM/ECF parties and/or their counsel as detailed below:

**Via email to lamatucci@centarusps.com**
Louis Amatucci, Esq.
Centarus Companies
1900 E. Golf Road, Suite 950
Schaumberg, IL 60173

*s/ David B. Reece*
DAVID B. REECE